UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

REGINALD HOLLIE,

    Petitioner,

v.                                                                      Case No. 4:25-cv-276-MCR-MAL

WARDEN A.W. PHELPS.

    Respondent.
_____/

## **ORDER**

The Magistrate Judge issued a Report and Recommendation dated July 2, 2025. *See* ECF No. 4. Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation, ECF No. 4, is adopted and incorporated by reference in this order.

2. The Clerk is directed to **TRANSFER** the petition under 28 U.S.C. § 2241, ECF No. 2, to the United States District Court for the Middle District of Florida, Ocala Division.

**DONE and ORDERED** this 15th day of December 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**